Mathew K. Higbee, Esq.
California Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8350
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com

Attorney for Plaintiff,
TAMARA WAREKA a/k/a TAMARA WILLIAMS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARA WAREKA a/k/a TAMARA WILLIAMS, | Case No. **2:22-cv-6916** |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| USHA RANI REDDY d/b/a REDDY AESTHETICS and DOES 1 through 10 inclusive, | |
| Defendants. | |

Plaintiff TAMARA WAREKA a/k/a TAMARA WILLIAMS, by and through her undersigned counsel, brings this Complaint against Defendants USHA RANI REDDY d/b/a REDDY AESTHETICS and DOES 1 through 10, inclusive, and alleges as follows:

**NATURE OF THE ACTION**

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

**PARTIES**

2.      Plaintiff Tamara Williams ("Williams") is an individual and professional photographer.

1

3.    Upon information and belief, Defendant Usha Rani Reddy ("Reddy") is an individual residing in the State of California and is or was at all relevant times the principal officer, owner, or member of Reddy Aesthetics with a business location in California at 7772 Warner Avenue, Suite 104, Huntington Beach, California 90807.

4.    The true names and capacities of Defendants Does 1 through 10, inclusive, are presently unknown to Plaintiff, and for that reason, sues them by such fictitious names. Plaintiff is informed and believes that each of the fictitiously-named defendants is responsible in some capacity for the occurrences herein alleged, and on that basis, believes damages as herein alleged were proximately caused by the conduct of Does 1 through 10, inclusive. Plaintiff will seek to amend this complaint when the true names and capacities of Does 1 through 10, inclusive, are ascertained.

5.    For the purposes of this Complaint, unless otherwise indicated, "Defendant" and "Defendants" include all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives, and insurers of Defendant named in this caption.

## JURISDICTION AND VENUE

1.    This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2.    This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3.    This court has personal jurisdiction over Defendant because Defendant's acts of infringement complained of herein occurred in the State of California, Defendant's acts of infringement were directed towards the State of California, Defendant caused injury to Plaintiff within the State of California, and Defendant has a physical presence in the State of California.

4.    Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which substantial part of the acts and omissions giving rise to the claim occurred, and/or this civil action arises under the

Copyright Act of the United States, and Defendant resides in or can be found in this judicial district.

## FACTUAL ALLEGATIONS

### *Plaintiff Tamara Williams*

5.     Tamara Williams ("Williams") is a highly successful freelance photographer specializing in beauty and fashion photography. Williams is most well-known for her natural and clean model portraiture featured on her highly popular Instagram account @tamarawilliams, which has amassed over 600,000 followers.

6.     Williams' work has been featured in top publications such as *Vogue, Harper's Bazaar, Marie Claire, Elle, L'Officiel, Glamour, Cosmopolitan, Maxim*, and many more.

7.     Williams is the author and sole rights holder to a photograph of close-up beauty-portrait shot of a female model's face ("Williams Photograph").

8.     A true and correct copy of the Williams Photograph is attached hereto as Exhibit A.

9.     Williams registered the Williams Photograph with the United States Copyright Office under registrations VA 2-197-148.

### *Defendant Usha Rani Reddy d/b/a Reddy Aesthetics*

10.     Upon information and belief, Reddy was at all relevant times doing business as Reddy Aesthetics.

11.     Upon information and belief Reddy Aesthetics is the owner and operator of the website https://reddyaesthetics.com/ ("Reddy Aesthetics Website")

12.     According to the Reddy Aesthetics Website, Reddy Aesthetics is a full-service medical spa specializing in high-quality aesthetic care and minimally-invasive cosmetic services that address skin imperfections using cutting-edge laser and radiofrequency technologies. Treatments offered include $CO_2$ laser skin resurfacing, sclerotherapy, micro needling, injectables, and more.

13.    Reddy Aesthetics maintains a Facebook account at https://www.facebook.com/reddyaesthetics/?_rdc=1&_rdr ("Reddy Aesthetics Facebook Account").

14.    Attached as Exhibit B is a true and correct screenshot of the Reddy Aesthetics Facebook Account, including a link to the Reddy Aesthetics Website, https://reddyaesthetics.com/.

15.    Upon information and belief, Reddy Aesthetics generates content on the Reddy Aesthetics Website and the Reddy Aesthetics Facebook Page to attract user traffic, market and promote its services, and increase its customer base and revenue for the company.

16.    At all relevant times, the Reddy Aesthetics Website and the Reddy Aesthetics Facebook Page were readily accessible to the general public throughout California, the United States, and the world.

17.    Upon information and belief, Reddy is or was at all relevant times the principal officer, owner or member of Reddy Aesthetics and had a direct financial interest in the content and activities of the Reddy Aesthetics Website and Reddy Aesthetics Facebook Account (including the activities alleged in this Complaint)

18.    At all relevant times, Reddy had the ability to supervise and control all content on the Reddy Aesthetics Website Reddy Aesthetics Facebook Account.

**_Defendant Usha Rani Reddy d/b/a Reddy Aesthetics' Infringing Conduct_**

19.    On or about April 15, 2021, Williams discovered her Williams Photograph being used by Reddy Aesthetics on the home page of the Reddy Aesthetics Website.

20.    Attached hereto as Exhibit C is a true and correct screenshot of the Williams Photograph as used on the Reddy Aesthetics Website.

21.    Williams is informed and believes that the purpose of the use of the Williams Photograph on the homepage of the Reddy Aesthetics Website was to provide high-quality and aesthetically pleasing content on the Reddy Aesthetics

Website congruent with Reddy Aesthetics' marketing campaign that it provides high-quality aesthetic care to Reddy Aesthetics clients.

22.    On or about July 14, 2021, Williams discovered her Williams Photograph being used by Reddy Aesthetics on the Reddy Aesthetics Facebook Account in a post informing Facebook users that Reddy Aesthetics was giving away a micro needling treatment on Reddy Aesthetics' Instagram account and outlining the rules for the free treatment which included: "1. You must be following @reddy.aesthetics on Instagram. 2. Like this post. 3. Tag 2 friends in comments on Instagram." ("Post").

23.    Attached hereto as Exhibit D is a true and correct screenshot of the Williams Photograph as used in the Post on the Reddy Aesthetics Facebook Account.

24.    Williams is informed and believes that the purpose of the use of the Williams Photograph in the Post on the Reddy Aesthetics Facebook Account was to increase followers to the @reddy.aesthetics Instagram account in order to drive traffic to https://reddyaesthetics.com/.

25.    Williams did not consent to or authorize Defendant to use or display the Williams Photograph on the Reddy Aesthetics Website or on the Reddy Aesthetics Facebook Account.

26.    In no event did Williams provide Reddy Aesthetics with a license to use or display the Williams Photograph in any manner.

27.    Williams is informed and believes Reddy Aesthetics (including its employees, agents, contractors or others over whom it has responsibility and control) created an unauthorized copy of the Williams Photograph and caused it to be uploaded to and displayed on the Reddy Aesthetics Website and Reddy Aesthetics Facebook Account.

28.    Williams is informed and believes Reddy Aesthetics (including its employees, agents, contractors or others over whom it has responsibility and control) used, displayed, published, posted, and otherwise held out to the public Williams'

original and unique Williams Photograph in order to acquire a direct financial benefit, through revenue from the sales of Reddy Aesthetics' services, from the use of the Williams Photograph.

29.    After discovering the unauthorized use of the Williams Photograph, Williams, through counsel, sent cease and desist correspondence to Reddy Aesthetics and communicated with Reddy Aesthetics by email from April 2021 through July 2021 in an attempt to resolve this matter.

### FIRST CAUSE OF ACTION
### COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101 *et seq.*

30.    Williams incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

31.    Williams owns a valid copyright in the Williams Photograph.

32.    Williams registered the Williams Photograph with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

33.    Defendant (including its employees, agents, contractors or others over whom it has responsibility and control) copied and displayed Williams' unique and original Williams Photograph without Williams' consent or authorization in violation of 17 U.S.C. § 501.

34.    As a result of Defendant's violations of Title 17 of the U.S. Code, Williams is entitled to any actual damages and profits attributable to the infringement pursuant to 17 U.S.C. §504(b).

35.    As a result of the Defendant's violations of Title 17 of the U.S. Code, the court in its discretion may allow the recovery of full costs pursuant to 17 U.S.C § 505 from Defendant.

36.    Williams is also entitled to injunctive relief to prevent or restrain infringement of her copyrights pursuant to 17 U.S.C. § 502.

### PRAYER FOR RELIEF

**WHEREFORE**, Williams prays for judgment against Defendant as follows:

- For a finding that Defendant infringed Williams' copyright interest in

the Brower Photograph by copying, displaying, and distributing it without a license or consent;

• For an award of actual damages and disgorgement of all of profits attributable to the infringement as provided by 17 U.S.C. § 504(b) in an amount to be proven;

• For costs of litigation pursuant to 17 U.S.C. § 505;

• For an injunction preventing Defendant from further infringement of all of Williams' copyrighted works pursuant to 17 U.S.C. § 502;

• For pre judgment and post judgment interest as permitted by law; and

• For any other relief the Court deems just and proper.

Dated:       September 24, 2022             Respectfully submitted,
                                            **/s/ Mathew K. Higbee**
                                            Mathew K. Higbee, Esq.
                                            California Bar No. 241380
                                            **HIGBEE & ASSOCIATES**
                                            3110 W Cheyenne Ave, #200
                                            North Las Vegas, NV 89032
                                            (714) 617-8350
                                            (714) 597-6559 facsimile
                                            *Attorney for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEMAND FOR JURY TRIAL

Plaintiff, Tamara Williams hereby demands a trial by jury in the above matter.

Dated:          September 24, 2022                    Respectfully submitted,
                                                       **/s/ Mathew K. Higbee**
                                                       Mathew K. Higbee, Esq.
                                                       California Bar No. 241380
                                                       **HIGBEE & ASSOCIATES**
                                                       3110 W Cheyenne Ave, #200
                                                       North Las Vegas, NV 89032
                                                       (714) 617-8370
                                                       (714) 597-6559 facsimile
                                                       *Attorney for Plaintiff*